## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RAYMOND EVANS, | ) |
|    Petitioner, | ) ) ) |
| vs. | )  NO. CIV-24-0321-HE ) |
| GRADY COUNTY JAIL, *et al.,* | ) ) |
|    Respondents. | ) |

## **ORDER**

  Petitioner Raymond Evans, appearing *pro se*, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pursuant to 28 U.S.C. § 636(b)(1)(B),(C), the matter was referred to U.S. Magistrate Judge Amanda Maxfield Green for initial proceedings. On August 5, 2024, Judge Green issued a Report and Recommendation recommending the dismissal of petitioner's petition without prejudice and the denial of petitioner's motion for summary judgment as moot. Petitiioner was advised of his right to object to the Report and Recommendation by August 26, 2024. No objection has been filed. Petitioner has therefore waived his right to appellate review of the factual and legal issues addressed in the report. Cassanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010).

  Accordingly, the court **ADOPTS** Magistrate Judge Green's Report and Recommendation [Doc. #12], **DISMISSES** plaintiff's petition without prejudice, and **DENIES** petitioner's motion for summary judgment [Doc. #9] as moot.

**IT IS SO ORDERED.**

Dated this 29th day of August, 2024.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE